WORTHINGTON, ADMINISTRATOR OF DANIEL KELLOGG, v. HOSMER.

Where an execution has been prayed out, although after the death of the plaintiff, and delivered to an officer, and he has received the pay of the debtor and indorsed said execution; it is a good bar to a *scire facias* in favor of the administrator on said judgment.

SCIRE FACIAS to have a judgment recovered by said Daniel in his lifetime, affirmed in favor of the plaintiff; alleging that an execution had been issued, and a *non est* returned upon it; and which the defendant has never paid.

The defendant plead in bar — That after said execution was returned *non est*, an *alias* execution was taken out in said Daniel's name against her, and delivered to James Cornwell, a constable of Middletown, and she was compelled to pay said execution, and did in fact pay it to said constable; and he thereupon indorsed said execution satisfied.

The plaintiff replies — That before said *alias* was taken out the said Daniel died, and that the whole proceedings on said *alias* execution are null and void, and had by mistake. Demurrer to the reply.

Judgment — That the reply is insufficient.

By the COURT. Although it was irregular to take an *alias*

execution, after the death of said Daniel without a *scire facias;* yet the defendant has been compelled to pay said debt, to the officer who had right to receive it, and indorse said execution satisfied, which had been done. She is therefore exonerated, and the administrator must look to the officer.